UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAMIREZ, et al., | Case No. 06-CV-1111-JM (JMA) |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' EX PARTE APPLICATION** |
| v. | |
| COUNTY OF SAN DIEGO, et al., | **[Doc. No. 36]** |
| Defendants. | |

Plaintiffs filed an ex parte application for an order 1) granting leave to file a first amended complaint and 2) advancing the case management conference date. Plaintiffs' application is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiffs are required to file a noticed motion in order to seek leave to file a first amended complaint. Counsel shall contact the Chambers of the Honorable Jeffrey T. Miller to secure a hearing date before filing any such motion. Accordingly, Plaintiffs' ex parte application for an order granting leave to file a first amended complaint is **DENIED** without prejudice.

2.   Plaintiffs' ex parte application for an order advancing the case management conference date is **GRANTED**.  The telephonic Case Management Conference scheduled for August 29, 2007 at 9:30 a.m. is <u>rescheduled</u> for **August 9, 2007** at **9:30 a.m.**  Counsel for each party shall participate in the conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  July 30, 2007

_____
Jan M. Adler
U.S. Magistrate Judge