```
                                                            FILED
                                                        2007 AUG 14  AM 9:08

                                                        CLERK US DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA

                                                     BY _____ DEPUTY
```

1  Maurizio A. Mangini, State Bar No. 158432
   Irene E. Stewart, State Bar No. 155285
2  MANGINI & STEWART
   2424 Vista Way, Suite 202
3  Oceanside, CA 92054
   Telephone: (760) 722-7567
4  Facsimile: (760) 722-2358
   Email: manginistewartlaw@sbcglobal.net
5  Attorneys for Plaintiffs
   BENNY RAMIREZ, MARIA RAMIREZ
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11 BENNY RAMIREZ, MARIA RAMIREZ       )  Case No.: 06-CV-1111 JM (JMA)
   and as surviving heirs of JORGE RAMIREZ, )
12 deceased,                          )
                                      )  **REQUEST FOR APPROVAL OF**
13                      Plaintiffs,   )  **SUBSTITUTION OF ATTORNEY**
                                      )
14 vs.                                )
                                      )
15 COUNTY OF SAN DIEGO, a municipal   )
   corporation, Captain ROB AHERN, an individual, )
16 Deputy MARK RITCHIE, an individual, and )
   DOES 1-100, inclusive,             )
17                                    )
                                      )
18                      Defendants.   )
                                      )
19 _____)
20
21
22     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
23     Plaintiffs Benny Ramirez and Maria Ramirez have been representing themselves in this action.
24
25 //
26 //
27 //
28

                                            1
REQUEST FOR APPROVAL OF SUBSITUTION OF ATTORNEY        Case No.06-CV-1111 JM (JMA)

| | |
|---|---|
| 1 | They hereby request the Court approve the substitution of Maurizio A. Mangini and Irene E. Stewart of |
| 2 | Mangini & Stewart as the new attorneys of record in this action. |
| 3 | |
| 4 | DATE:_____ |
| 5 | Benny Ramirez, Plaintiff |
| 6 | |
| 7 | DATE: _____ |
| | Maria Ramierez, Plaintiff |
| 8 | |
| 9 | |
| 10 | We consent to the substitution. We are duly admitted to practice in the Southern District of U.S. |
| 11 | District Court. |
| 12 | |
| 13 | DATE: _____ |
| | Maurizio A. Mangini |
| 14 | |
| 15 | DATE: _____ |
| 16 | Irene E. Stewart |

2

REQUEST FOR APPROVAL OF SUBSITUTION OF ATTORNEY        Case No.06-CV-1111 JM (JMA)

1  They hereby request the Court approve the substitution of Maurizio A. Mangini and Irene E. Stewart of
2  Mangini & Stewart as the new attorneys of record in this action.

4  DATE: 7-16-07

                                    Benny Ramirez, Plaintiff

6  DATE: 7-16-07

                                    Maria Ramierez, Plaintiff

      We consent to the substitution. We are duly admitted to practice in the Southern District of U.S. District Court.

12 DATE: 7/16/07

                                    Maurizio A. Mangini

15 DATE: 7/16/07

                                    Irene E. Stewart

IT IS SO ORDERED
DATED 8/7/07

UNITED STATES DISTRICT JUDGE

2

REQUEST FOR APPROVAL OF SUBSITUTION OF ATTORNEY      Case No.06-CV-1111 JM (JMA)

Maurizio A. Mangini, State Bar No. 158432
Irene E. Stewart, State Bar No. 155285
MANGINI & STEWART
2424 Vista Way, Suite 202
Oceanside, CA 92054
Telephone: (760) 722-7567
Facsimile: (760) 722-2358
Email: manginistewartlaw@sbcglobal.net
Attorneys for Plaintiffs
BENNY RAMIREZ, MARIA RAMIREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAMIREZ, MARIA RAMIREZ and as surviving heirs of JORGE RAMIREZ, deceased,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, Captain ROB AHERN, an individual, Deputy MARK RITCHIE, an individual, and DOES 1-100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 06-CV-1111 JM (JMA)<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA |
| 2 | COUNTY OF SAN DIEGO |
| 3 |     IT IS HEREBY CERTIFIED THAT: |

    I, Irene E. Stewart, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 2424 Vista Way, Suite 202, Oceanside, California, 92054. I am not a party to the above-listed action.

    On July 17, 2007, I served the following document(s):

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

I served the foregoing on the following parties:

| Attorney | e-mail | Party |
|---|---|---|
| John J. Sansone, County Counsel<br>Ricky R. Sanchez, Senior Deputy<br>County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101-2469<br><br>Tel: (619) 531-4874<br>Fax: (619) 531-6005 | Ricky.sanchez@sdcounty.ca.gov | Defendants<br>County of San Diego<br>Robert Ahern<br>Mark Ritchie |

    I served these document(s) on these party(ies) in the following manner:

___ By causing a copy of the foregoing to be personally delivered to the person served.

___ By placing a copy of the foregoing in a separate envelope, with postage fully prepaid, for each address named above, and depositing each in the U.S. Mail in Carlsbad, California.

__X__ By electronically filing the foregoing with the Clerk of the District Court using its ECF System, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, which electronically notifies them.

//

//

//

//

CERTIFICATE OF SERVICE      Case No.06-CV-1111 JM (JMA)

And I served the foregoing documents on the following party:

| Benny Ramirez<br>Maria Ramirez<br>114 Clark Street<br>Escondido, CA 92025 | N/A | Plaintiffs, pro se |
|---|---|---|

By placing a copy of the foregoing document in a separate envelope, with postage fully prepaid, for the address named above, and depositing it in the U.S. Mail in Carlsbad, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2007, at Oceanside, California.

s/ Irene E. Stewart<br>Irene E. Stewart