UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAMIREZ, et al.,<br><br>                        Plaintiffs,<br>  vs.<br>COUNTY OF SAN DIEGO, et al.,<br><br>                        Defendants. | CASE NO. 06 CV 1111 JM (JMA)<br><br>**ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

       This lawsuit arises out of the alleged fatal shooting of Jorge Ramirez by defendant Mark Ritchie, a San Diego County Sheriff Deputy. On August 31, 2006, the court granted Defendants' motion to dismiss or strike portions of the complaint. Although the court granted 20 days' leave to amend regarding some of the claims, Plaintiffs never amended their complaint.[1] Defendants filed an answer on September 28, 2006. Plaintiffs now move for leave to amend their complaint, seeking to set forth "a more factually complete presentation of the claims stated in the original complaint" which survived the motion to dismiss and to strike. (Mot. to Amend at 3.) Defendants have filed a notice of non-opposition to the motion. (See Docket no. 46.)

       The Federal Rules of Civil Procedure ("FRCP") allow amendment of a pleading once as a matter of right "at any time before a responsive pleading is served . . . . Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall

---

[1] Plaintiffs suggest that their prior counsel, whose motion to withdraw was granted in May 2007, is to blame for their failure to amend. (Mot. to Amend at 2.)

be freely given when justice so requires." FRCP R. 15(a). Defendants' statement of non-opposition operates as their written consent to amendment under Rule 15(a). The court also finds that Plaintiffs have demonstrated good cause for amendment. The court therefore **GRANTS** Plaintiffs leave to file the proposed first amended complaint attached to their motion as Exhibit 1 to the declaration of Maurizio A. Mangini.

**IT IS SO ORDERED.**

DATED:  November 19, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties