1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAMIREZ, MARIA RAMIREZ, and as surviving heirs of JORGE RAMIREZ, deceased<br><br>              Plaintiffs,<br><br>      v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, Captain ROB AHERN, an individual, MARK RITCHIE, an individual, and DOES 1-100, inclusive,<br><br>              Defendants. | No. 06-cv-1111-JM (JMA)<br><br>ORDER GRANTING JOINT MOTION FOR ORDER RELEASING RECORDS OF COUNTY OF SAN DIEGO MEDICAL EXAMINER<br><br>[Doc. No. 54] |

   IT IS HEREBY ORDERED that the County of San Diego Medical Examiner's Office shall release any photographs, audiotapes, videotapes, x-rays, or other records generated by the Medical Examiner's Office of the autopsy of JORGE RAMIREZ only to the parties' attorneys for use in this case.  The materials are to be maintained in a

///
///
///
///
///
///

06-cv-1111-JM(JMA)

1  confidential manner and the parties agree that to the extent either party seeks to file the
2  materials with the Court, they will seek approval to file the materials under seal.[1]
3  Production will be made in coordination with the Office of County Counsel.
4  DATED:  May 19, 2008

_____
HONORABLE JAN M. ADLER
United States Magistrate Judge

---

[1] Subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.  If the Court grants a party permission to file an item under seal, a duplicate disclosing all nonconfidential information shall be filed and made part of the public record.  The item may be redacted to eliminate confidential material from the document.  The document shall be titled to show that it corresponds to an item filed under seal, e.g., "Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment."  The sealed and redacted documents shall be filed simultaneously.