UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAMIREZ, MARIA RAMIREZ and as surviving heirs of JORGE RAMIREZ, deceased,<br><br>                Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, Captain ROB AHERN, an individual, Deputy MARK RITCHIE, an individual, and DOES 1-100, inclusive,<br><br>                Defendants | No. 06cv1111-JM(JMA)<br><br>ORDER GRANTING JOINT MOTION FOR ORDER AUTHORIZING COMMENCEMENT OF INMATE DEPOSITIONS<br><br>[Fed. R. Civ. P. 30(a)(2)(B)]<br><br>[Doc. 69] |

Upon consideration of the joint motion of defendants and plaintiffs and good cause appearing therefor,

IT IS ORDERED that the joint motion of defendants and plaintiffs for an Order authorizing commencement of the depositions of inmate Javier Alvarez Rios and Charles Eads in accordance with Federal Rules of Civil Procedure, Rule 30(a)(2)(B) is granted.

DATED:  November 25, 2008

JAN M. ADLER
United States Magistrate Judge

06cv1111JM(JMA)