# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY RAMIREZ, MARIA RAMIREZ, and as surviving heirs of JORGE RAMIREZ, deceased<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, Captain ROB AHERN, an individual, MARK RITCHIE, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | No. 06-cv-1111-JM(JMA)<br><br>ORDER GRANTING APPLICATION BY DEFENDANT ROBERT AHERN TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MANDATORY SETTLEMENT CONFERENCE<br><br>[Doc. 84] |

Upon consideration of the application of defendant Robert Ahern, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Robert Ahern is excused from personally appearing at the Mandatory Settlement Conference scheduled for April 17, 2009.

DATED: April 15, 2009

JAN M. ADLER.
United States Magistrate Judge

06-cv-1111-JM(JMA)