1
2
3
4
5
6
7
8 **IN THE UNITED STATES DISTRICT COURT**
9 **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| BENNY RAMIREZ, MARIA RAMIREZ and as surviving heirs of JORGE RAMIREZ, deceased, | No. 06-cv-1111-JM(JMA) |
| | ORDER ALLOWING ELECTRONIC EQUIPMENT IN COURTROOM DURING TRIAL |
| Plaintiffs, | |
| v. | Doc. No. 105 |
| COUNTY OF SAN DIEGO, a municipal corporation, Captain ROB AHERN, an individual, Deputy MARK RITCHIE, an individual, and DOES 1-100, inclusive, | |
| Defendants. | |

Upon consideration of the application of defendant Mark Ritchie, and good cause appearing therefor,

IT IS HEREBY ORDERED that defense counsel may bring and use the following electronic equipment during trial of this matter:

1)    laptop

2)    computer speakers

3)    ELMO

4)    projector

5)    projector stand

06-cv-1111

6)      computer cables/power cords

7)      audio cassette tape player

8)      screen

DATED:      June 11, 2009

_____

HONORABLE JEFFREY T. MILLER
United States District Judge

- 2 -

06-cv-1111